IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-168 ALM |
| | § | |
| BOBBYJOE CEPHUS MEDINA | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on December 6, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by William Tatum.

On July 3, 2018, Defendant was sentenced by the Honorable Ronald A. White, United States District Judge of the Eastern District of Oklahoma, to a sentence of three (3) months imprisonment followed by a three (3) year term of supervised release for the offense of Uttering a Counterfeit Security with Intent to Deceive. Defendant began his term of supervision on August 16, 2018. This case was transferred to the Eastern District of Texas and assigned to the Honorable Amos L. Mazzant, United States District Judge, on September 18, 2018.

On September 16, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant must refrain from any unlawful use of a controlled substance; (2) After initially reporting to the probation office, Defendant received instructions from the court or the probation officer about how and when Defendant must report to

1

the probation officer, and Defendant must report to the probation officer as instructed; (3) Defendant must live at a place approved by the probation officer. If Defendant plans to change where Defendant lives or anything about Defendant's living arrangements, Defendant must notify the probation officer at least ten days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, Defendant must notify the probation officer within seventy-two hours of becoming aware of a change or expected change; (4) Defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if Defendant has reverted to the use of drugs or alcohol, and may include outpatient treatment; and (5) Defendant shall participate in a mental health treatment program approved by the United States Probation Office. Defendant shall comply with all treatment directives, including the taking of prescription medications as directed by a mental health professional. Defendant shall remain in mental health treatment until released by the treatment staff and the United States Probation Officer and remain in the treatment program until successfully discharged.

The Petition alleges that Defendant committed the following violations: (1) On August 27, 2018, Defendant submitted a urine sample which tested positive for marijuana. The test results were confirmed by Alere Laboratory; (2) Defendant failed to submit a monthly report for the month of August 2018; (3) On September 8, 2018, an unannounced home visit was conducted at the address Defendant provided to the U.S. Probation Officer, 629 Deleon Street, Denison, Texas, 75020. Contact was made with William Sholars who stated he owned the home and that Defendant did not live there. A review of the county tax records confirmed that William Sholar is the owner of the residence; (3) Defendant failed to complete a substance abuse assessment as directed. Defendant

failed to report for a scheduled assessment at Texoma Counseling Associates on September 5, 2018. Defendant was rescheduled for September 6, 2018, and Defendant failed to report as scheduled. Defendant failed to submit a urine sample as directed on August 21, 2018; and (4) Defendant failed to complete a mental health assessment as directed. Defendant failed to report for a scheduled assessment at Texomas Counseling Associates on September 5, 2018. Defendant was rescheduled for September 6, 2018, and Defendant failed to report as scheduled.

At the hearing, Defendant entered a plea of true to allegation 1. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the December 6, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months, with thirty-one (31) months supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Seagoville, if appropriate.

**SIGNED this 11th day of December, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE